AO 91 (Rev 11/11) Criminal Complaint

# United States District Court

for the

Southern District of Texas

United States of America
v.
Eduardo CABALLERO-HERNANDEZ (MX / 1997)

*Defendant(s)*

Case No. M-25-1631-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 13, 2025 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 8 USC 1324(a)(1)(A)(ii) | Knowingly transport, or move, or attempted to transport aliens from a location in La Joya, Texas, to a location in La Joya, Texas, by means of foot. |

United States District Court
Southern District of T...
FILED

JUL 14 2025

...than Ochsner, ...

This criminal complaint is based on these facts:

See Attachment A

☒ Continued on the attached sheet

Approved by AUSA Andrew Swartz

/s/ Howard Gessler

*Complainant's signature*

Howard Gessler, Supervisory Border Patrol Agent

*Printed name and title*

Submitted by reliable electronic means, sworn to and attested telephonically per FED.R.CR.4.1, and probable cause found on :

*Judge's signature*

Date: July 14, 2025 at 1:15 pm

City and State: McAllen, Texas

Juan F. Alanis, U.S. Magistrate Judge

*Printed name and title*

# ATTACHMENT A

I, Howard Gessler, am a United States Border Patrol Agent and have knowledge of the following facts:

1. On July 13, 2025, USBP Agents encountered a 1 on 3 alien smuggling case in La Joya, Texas.

2. At approximately 10:56 p.m., agents working near La Joya, Texas, responded to a camera activation approximately 650 yards south of Military Highway. Agents established a perimeter around the location and requested assistance from an Air and Marine Operations helicopter (call sign: Troy). Troy reported locating a group of subjects attempting to conceal themselves under trees approximately 100 yards north of the camera activation. Agents moved in and apprehended four subjects, including CABALLERO-HERNANDEZ. During field intake, agents suspected CABALLERO-HERNANDEZ of being a foot guide, as he was the only one not wearing a wrist bracelet. (Alien smuggling organizations often use bracelets to identify individuals who are being smuggled.) All subjects admitted to being in the United States illegally and were transported to the McAllen Border Patrol Station for processing.

3. Eduardo CABALLERO-HERNANDEZ (CABALLERO), a citizen of Mexico, provided a post-Miranda statement. CABALLERO claimed he was contacted by an unknown individual asking if he wanted to "work" smuggling persons into the United States. CABALLERO stated that he was to be paid $250 per person smuggled. He admitted to crossing the Rio Grande River into the U.S. with three (3) subjects and a rafter. CABALLERO stated he received instructions via phone and was directed to continue north until he reached a canal.